Robert A. Morrey, appellant, v. Frederick H. Bartlett, appellee. Gen. No. 39,149.

Opinion filed February 1, 1937.

John Van Natta, for appellant. Foreman, Bluford, Krinsley & Schultz, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Signe Moustis, appellee, v. James Moustis, appellant. Gen. No. 39,158.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Bither & Bither, for appellant. Maurice L. Davis, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

In re Estate of Louis B. Cohen, deceased.
Petition of Bernard Cohen, appellee, v. Sara Cohen, appellant. Gen. No. 39,026.

Opinion filed February 1, 1937.

Louis S. Gibson, for appellant. Harold A. Fein, for appellee; Mordi R. Kallick, of counsel.

Mr. Justice McSurely delivered the opinion of the court.